No. 07-16-00269-CR

| | | |
|---|---|---|
| Jeremy David Spielbauer<br>  Appellant | § | From the 251st District Court<br>  of Randall County |
| | § | |
| v. | | August 19, 2016 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 19, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o